UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated<br><br>       Plaintiffs,<br><br> -against-<br><br>NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Securities, LLC, Deutsche Bank Securities, Inc., Moody's Investors Service, Inc., and The McGraw-Hill Companies, Inc.,<br><br>       Defendants. | 08 CIV. 5310 (PKC)<br>ECF CASE<br><br>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MOODY'S INVESTOR SERVICE, INC. |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant Moody's Investors Service, Inc. I certify that I am admitted to practice in this court.

DATED: New York, New York
     June 12, 2008

                   /s_____
                   Joshua M. Rubins, Esq.
                   Satterlee Stephens Burke & Burke LLP
                   230 Park Avenue, Suite 1130
                   New York, New York 10169
                   (212) 818-9200
                   Email: jrubins@ssbb.com

                 *Attorney for Defendant Moody's Investor Service, Inc.*

737695_1