UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,

Plaintiffs,

-against-

NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Securities, LLC, Deutsche Bank Securities, Inc., Moody's Investors Service, Inc., The McGraw-Hill Companies, Inc.,

Defendants.

---------------------------------------------------------------X

Civil Action No. 08 cv 5310 (PKC)
ECF Case

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for:

**NovaStar Mortgage Funding Trust, Series 2006-3;**

**NovaStar Mortgage Funding Trust, Series 2006-4;**

**NovaStar Mortgage Funding Trust, Series 2006-5;**

**NovaStar Mortgage Funding Trust, Series 2006-6;**

**NovaStar Mortgage Funding Trust, Series 2007-1;**

**NovaStar Mortgage Funding Trust, Series 2007-2;**

**NovaStar Mortgage Funding Corporation;**

**Scott F. Hartman;**

**Gregory S. Metz;**

**W. Lance Anderson; and**

**Mark A. Herpich.**

I certify that I am admitted to practice in this Court.

Dated: Scarsdale, Westchester County, New York
June 20, 2008

S/ Daniel P. Jaffe
Daniel P. Jaffe (DJ3217)
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Facsimile: 314-480-1505
dan.jaffe@huschblackwell.com

New York Office of
Daniel P. Jaffe:
120 Lee Road
Scarsdale, New York 10583
Telephone and Facsimile:
914-723-5102

Michael Thompson MO #22153
Martin M. Loring MO #29712
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: 816-983-8000
Facsimile: 816-983-8080

Attorneys for NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, and Mark A. Herpich

**DECLARATION OF SERVICE**

I, Daniel P. Jaffe, certify that on this 20th day of June, 2008, I served on the below listed attorneys a copy of the foregoing **Notice of Appearance** by either filing it electronically with the Court and causing a Notice of Electronic Filing to be sent from the Court ("NEF"), or by instructing the night secretary of Husch Blackwell Sanders LLP (St. Louis, Missouri office) to mail by First Class U.S. mail, postage prepaid ("Mail"), to attorneys not receiving Notice of Electronic Filing from the Court, as indicated below:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman & Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038 (Mail)
*Counsel for Plaintiffs and the Proposed Class*

Floyd Abrams, Susan buckley, Adam Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005 (Mail)
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017 (NEF)
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169 (NEF)
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of June, 2008.

S/ Daniel P. Jaffe