UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

  -against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 cv 5310 (PKC)
ECF Case

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT NOVASTAR MORTGAGE FUNDING CORPORATION**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant NovaStar Mortgage Funding Corporation certifies as follows:

    Defendant NovaStar Mortgage Funding Corporation is a wholly owned subsidiary of NovaStar Mortgage, Inc., which is a wholly owned subsidiary of NFI Holding Corporation. NFI Holding Corporation is a wholly owned subsidiary of NovaStar Financial, Inc. NovaStar Financial, Inc. is a publicly traded corporation. No publicly held corporation owns 10% or more of the stock of NovaStar Financial, Inc.

1

Dated: June 20, 2008, Scarsdale, New York

          Respectfully submitted,

          <u>S/ Daniel P.Jaffe</u>
          Daniel P. Jaffe  (DJ3217)
          Husch Blackwell Sanders LLP
          190 Carondelet Plaza, Suite 600
          St. Louis, MO 63105-3441
          Telephone: 314-480-1500
          Facsimile: 314-480-1505
          dan.jaffe@huschblackwell.com

          Michael Thompson      MO #22153
          Martin M. Loring        MO #29712
          Husch Blackwell Sanders LLP
          4801 Main Street, Suite 1000
          Kansas City, MO 64112
          Telephone: 816-983-8000
          Facsimile: 816-983-8080

          Attorneys for defendant NovaStar Mortgage
          Funding Corporation

## DECLARATION OF SERVICE

I, Daniel P. Jaffe, certify that on this 20th day of June, 2008, I served on the below listed attorneys a copy of the foregoing **Rule 7.1 Disclosure Statement of NovaStar Mortgage Funding Corporation** by either filing it electronically with the Court and causing a Notice of Electronic Filing to be sent from the Court ("NEF"), or by instructing the night secretary of Husch Blackwell Sanders LLP (St. Louis, Missouri office) to mail by First Class U.S. mail, postage prepaid ("Mail"), to attorneys not receiving Notice of Electronic Filing from the Court, as indicated below:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman
 & Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038 (Mail)
*Counsel for Plaintiffs and the Proposed Class*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017 (NEF)
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

Floyd Abrams, Susan buckley, Adam Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005 (Mail)
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169 (NEF)
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of June, 2008.

S/ Daniel P. Jaffe