CASTEL J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated

                Plaintiffs,

        -against-                       Civil Action No. 08-cv-5310 (PKC)

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., and The McGraw-Hill Companies,
Inc.,

                Defendants.
-----------------------------------------------------------X

STIPULATION EXTENDING DEADLINE TO RESPOND TO THE COMPLAINT

WHEREAS, on May 21, 2008, plaintiff New Jersey Carpenters Health Fund ("Plaintiff") filed this putative class action by filing a complaint (the "Complaint") captioned *New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated v. NovaStar Mortgage Funding Trust 2006-3, et al*, index number 601563/08, in the Supreme Court of the State of New York, County of New York on behalf of all purchasers of certain NovaStar Mortgage-Backed Certificates;

WHEREAS Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., and Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Capital Markets, LLC, sued herein as Wachovia Securities, LLC, and Deutsche Bank Securities, Inc., with the consent of the other Defendants, removed the action to the United States District Court for the Southern District of New York on June 10, 2008;

WHEREAS Plaintiff has indicated that it intends to move to remand the action to state court;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for parties in the above-captioned action, as follows:

1. The time within which each of the Defendants named in the above-captioned action may answer, move, or otherwise respond to the Complaint is extended through and including September 24, 2008.

2. By agreeing to this stipulation, the Defendants do not waive and expressly preserve any and all defenses they may have.

Dated: New York, New York
June 13, 2008

Respectfully submitted,

_____
Samuel P. Sporn
Joel P. Laitman
Christopher Lometti
Frank R. Schirripa
Daniel B. Rehns
SCHOENGOLD SPORN LAITMAN &
LOMETTI, P.C.
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Attorneys for Plaintiff*

2

_(signature)_
Thomas C. Rice
trice@stblaw.com
James G. Gamble
jgamble@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendants The Royal Bank of
Scotland Group, plc, Greenwich Capital Holdings,
Inc., Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Capital Markets,
LLC, sued herein as Wachovia Securities, LLC, and
Deutsche Bank Securities, Inc.*

---

Martin M. Loring
martin.loring@huschblackwell.com
Michael Thompson
michael.thompson@huschblackwell.com
HUSCH BLACKWELL SANDERS, LLP
Plaza Colonnade
4801 Main Street, Suite 1000
Kansas City, MO 64112
816-983-8000
816-983-8080 (fax)

*Attorneys for Defendants NovaStar Mortgage
Funding Trust, Series 2006-3, NovaStar Mortgage
Funding Trust, Series 2006-4, NovaStar Mortgage
Funding Trust, Series 2006-5, NovaStar Mortgage
Funding Trust, Series 2006-6, NovaStar Mortgage
Funding Trust, Series 2007-1, NovaStar Mortgage
Funding Trust, Series 2007-2, NovaStar Mortgage
Funding Corporation, Scott F. Hartman, Gregory
S. Metz, W. Lance Anderson, and Mark A. Herpich*

_____
Thomas C. Rice
trice@stblaw.com
James G. Gamble
jgamble@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Capital Markets, LLC, sued herein as Wachovia Securities, LLC, and Deutsche Bank Securities, Inc.*


_____
Martin M. Loring
martin.loring@huschblackwell.com
Michael Thompson
michael.thompson@huschblackwell.com
HUSCH BLACKWELL SANDERS, LLP
Plaza Colonnade
4801 Main Street, Suite 1000
Kansas City, MO 64112
816-983-8142
816-520-4235 (cell)
816-983-8080 (fax)

*Attorneys for Defendants NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, and Mark A. Herpich*

3

/s/ Susan Buckley
/Floyd Abrams
Fabrams@cahill.com
Susan Buckley
Sbuckley@cahill.com
Adam Zurofsky
Azurofsky@cahill.com
Tammy L. Roy
Troy@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*


_____
James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: 212-818-9200
Facsimile: 212-818-9606

*Attorneys for Defendant Moody's Investors Service, Inc.*


SO ORDERED:


_____
U.S.D.J.

4

Floyd Abrams
Fabrams@cahill.com
Susan Buckley
Sbuckley@cahill.com
Adam Zurofsky
Azurofsky@cahill.com
Tammy L. Roy
Troy@cahill.com
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
Telephone: 212-701-3000
Facsimile: 212-269-5420

*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

/s/ James J. Coster
James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: 212-818-9200
Facsimile: 212-818-9606

*Attorneys for Defendant Moody's Investors Service, Inc.*

SO ORDERED:

/s/ Deborah A. Batts
U.S.D.J.    6/23/08

4