IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
New Jersey Carpenters Health Fund, On Behalf of  :
Itself and All Others Similarly Situated
                                                                           :
                             Plaintiffs,                       Civil Action No. 1:08-cv-05310
                                                                           :
        -against-
                                                                           :

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,  :
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,  :
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,  :
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,  :
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,  :
Greenwich Capital Markets, Inc. d/b/a RBS Green-
wich Capital, Wachovia Securities, LLC, Deutsche  :
Bank Securities, Inc., Moody's Investors Service,
Inc., and The McGraw-Hill Companies, Inc.,  :

                             Defendants.   :
------------------------------------- x

## NOTICE OF ENTRY OF APPEARANCE

        PLEASE TAKE NOTICE that Floyd Abrams of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  June 27, 2008                        Respectfully submitted,

                                                           /s/ Floyd Abrams
                                                          Floyd Abrams
                                                          CAHILL GORDON & REINDEL LLP
                                                          80 Pine Street
                                                          New York, New York 10005
                                                          Telephone:  212-701-3000
                                                          Facsimile:  212-269-5420