IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated | : | |
| Plaintiffs, | : | Civil Action No. 1:08-cv-05310 |
| -against- | : | |
| NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Securities, LLC, Deutsche Bank Securities, Inc., Moody's Investors Service, Inc., and The McGraw-Hill Companies, Inc., | : | |
| Defendants. | : | |

**STATEMENT OF DEFENDANT THE MCGRAW-HILL COMPANIES, INC. PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, defendant The McGraw-Hill Companies, Inc. ("McGraw-Hill") states that:

1.   McGraw-Hill has no parent corporation.

2.   The only company that owns 10% or more of the stock of McGraw-Hill is T. Rowe Price Associates, Inc., a subsidiary of T. Rowe Price Group, Inc., a publicly-traded company.

Dated:  June 27, 2008                           Respectfully submitted,


                                                 /s/ Floyd Abrams
                                                Floyd Abrams
                                                Susan Buckley
                                                Adam Zurofsky
                                                Tammy L. Roy
                                                CAHILL GORDON & REINDEL LLP
                                                80 Pine Street
                                                New York, New York 10005
                                                Telephone:  212-701-3000
                                                Facsimile:  212-269-5420

                                                *Attorneys for Defendant The McGraw-Hill Companies, Inc.*