IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
New Jersey Carpenters Health Fund, On Behalf of     :
Itself and All Others Similarly Situated
                                                    :
              Plaintiffs,              Civil Action No. 1:08-cv-05310
                                                    :
     -against-
                                                    :
NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,     :
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,     :
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,     :
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,        :
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,       :
Greenwich Capital Markets, Inc. d/b/a RBS Green-
wich Capital, Wachovia Securities, LLC, Deutsche    :
Bank Securities, Inc., Moody's Investors Service,
Inc., and The McGraw-Hill Companies, Inc.,          :

              Defendants.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

## NOTICE OF ENTRY OF APPEARANCE

       PLEASE TAKE NOTICE that Adam Zurofsky of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  June 27, 2008                Respectfully submitted,

                                                  /s/ Adam Zurofsky_____
                                              Adam Zurofsky
                                              CAHILL GORDON & REINDEL LLP
                                              80 Pine Street
                                              New York, New York 10005
                                              Telephone:  212-701-3000
                                              Facsimile:  212-269-5420