IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------ x
New Jersey Carpenters Health Fund, On Behalf of   :
Itself and All Others Similarly Situated
                                                  :
              Plaintiffs,                              Civil Action No. 1:08-cv-05310
                                                  :
       -against-
                                                  :
NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,  :
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,  :
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,  :
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,     :
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,    :
Greenwich Capital Markets, Inc. d/b/a RBS Green-
wich Capital, Wachovia Securities, LLC, Deutsche :
Bank Securities, Inc., Moody's Investors Service,
Inc., and The McGraw-Hill Companies, Inc.,       :

              Defendants.                         :
------------------------------------ x
```

**NOTICE OF ENTRY OF APPEARANCE**

       PLEASE TAKE NOTICE that Tammy L. Roy of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:   June 27, 2008                    Respectfully submitted,

      /s/ Tammy L. Roy
      Tammy L. Roy
      CAHILL GORDON & REINDEL LLP
      80 Pine Street
      New York, New York 10005
      Telephone:  212-701-3000
      Facsimile:  212-269-5420