UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated | 08 CIV. 5310 (PKC)<br>ECF Case |
| Plaintiffs, | |
| -against- | **DEFENDANT MOODY'S INVESTOR SERVICES, INC.'S STATEMENT PURSUANT TO RULE 7.1** |
| NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Securities, LLC, Deutsche Bank Securities, Inc., Moody's Investors Service, Inc., and The McGraw-Hill Companies, Inc., | |
| Defendants. | |

-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Moody's Investors Service, Inc. ("Moody's) discloses that Moody's is a wholly-owned subsidiary of Moody's Corporation, a publicly held company. Berkshire Hathaway, Inc. is the only publicly held company that owns 10% or

////

////

////

////

////

740206_1

more of the stock of Moody's Corporation.

Dated: New York, New York
      July 7, 2008

                              SATTERLEE STEPHENS BURKE
                               & BURKE LLP

                              By: **/S**_____
                                  James J. Coster (JC-1431)
                                  Joshua M. Rubins (JR-8338)
                              Attorneys for Moody's Investors Service, Inc.
                              230 Park Avenue
                              New York, New York 10169
                              (212) 818-9200