UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

———————————————————————X
New Jersey Carpenters Health Fund, On Behalf : 
of Itself and All Others Similarly Situated, : Docket No. 08-CV-5310 (DAB)
:
Plaintiff, :
:
– against – :
:
NovaStar Mortgage Funding Trust, Series 2006-3, : **NOTICE OF MOTION AND**
NovaStar Mortgage Funding Trust, Series 2006-4, : **MOTION TO REMAND TO**
NovaStar Mortgage Funding Trust, Series 2006-5, : **STATE COURT**
NovaStar Mortgage Funding Trust, Series 2006-6, :
NovaStar Mortgage Funding Trust, Series 2007-1, :
NovaStar Mortgage Funding Trust, Series 2007-2, :
NovaStar Mortgage Funding Corporation, Scott. :
F. Hartman, Gregory S. Metz, W. Lance :
Anderson, Mark A. Herpich, The Royal Bank of :
Scotland Group, plc, Greenwich Capital Holdings, :
Inc., Greenwich Capital Markets, Inc. d/b/a RBS :
Greenwich Capital, Wachovia Securities, LLC :
Deutsche Bank Securities, Inc., Moody's Investors :
Service, Inc.; and The McGraw-Hill Companies, :
Inc., :
:
Defendants. :
———————————————————————X

**TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE, that on a date and at such time as may be designated by the Honorable Deborah A. Batts, United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 2510, New York, New York 10007, Plaintiff New Jersey Carpenters Health Fund will, and hereby does, move the Court for an Order remanding the above-titled action to the Supreme Court of New York, County of New York. The motion is based upon this Notice of Motion, the Memorandum of Points and Authorities in Support of Plaintiffs Motion for Remand to State

Court, the Declaration of Joel P. Laitman, and all exhibits thereto, the pleadings and evidence submitted herewith, and any other information submitted before or during the hearing on this matter.

Dated: New York, New York
July 7, 2008

Respectfully submitted,

By: /s/ Joel P. Laitman
    Samuel P. Sporn (SS-4444)
    Joel P. Laitman (JL-8178)
    Christopher Lometti (CL-9124)
    Frank R. Schirripa (FS-1960)
    Daniel B. Rehns (DR-5506)
**SCHOENGOLD SPORN LAITMAN & LOMETTI , P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile: (212) 267-8137

*Counsel for Plaintiff & The Proposed Class*

## CERTIFICATE OF SERVICE

I, Frank Schirripa, counsel for the Plaintiff, hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of much filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and by sending a copy of the foregoing to each of the addresses listed below:

Thomas C. Rice
trice@stblaw.com
James G. Gamble
jgamble@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Floyd Abrams
Fabrams@cahill.com
Susan Buckley
Sbuckley@cahill.com
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, NY 10005-1702
Telephone: (212)701.3000
Facsimile: (212)269.5420

James J. Coster
jcoster@ssbb.com
Joshua M. Rubins
jrubins@ssbb.com
SATTERLEE STEPHENS BURKE & BURKE LLP
230 Park Avenue, 11th Floor
New York, NY 10169
Telephone: (212) 818-9200
Facsimile: (212) 818-9606

Martin M. Loring
martin.loring@huschblackwell.com
Michael Thompson
michael.tompson@huschblackwell.com
HUSCH BLACKWELL SANDERS LLP
Plaza Colonnade
Kansas City, MO – Plaza
4801 Main Street
Suite 1000
Kansas City, MO 64112
Telephone:  (816) 983-8000
Facsimile:  (816) 983-8080

                                                ___/s/   Frank R. Schirripa_____
                                                    Frank R. Schirripa