UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

-against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 cv 5310 (DAB)
ECF Case

**MOTION TO ADMIT COUNSEL**

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel P. Jaffe, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name: MICHAEL THOMPSON
    Firm Name: Husch Blackwell Sanders LLP
    Address: 4801 Main Street, Suite 1000
    City/State/Zip: Kansas City, Missouri 64112
    Phone Number: (816) 983-8000
    Fax Number: (816) 983-8080

1

MICHAEL THOMPSON is a member in good standing of the Bar of the State of Missouri. There are no pending disciplinary proceedings against MICHAEL THOMPSON in any State or Federal court.

Dated: Clayton (St. Louis County), Missouri
       July 17, 2008

                                      _____
                                      Daniel P. Jaffe (DJ3217)
                                      Husch Blackwell Sanders LLP
                                      190 Carondelet Plaza, Suite 600
                                      St. Louis, MO 63105-3441
                                      Telephone: 314-480-1500
                                      Facsimile: 314-480-1505
                                      dan.jaffe@huschblackwell.com

                                      New York Office of
                                      Daniel P. Jaffe:
                                        120 Lee Road
                                        Scarsdale, New York 10583
                                      Telephone and Facsimile:
                                      914-723-5102

                          Attorneys for NovaStar Mortgage Funding Trust, Series
                          2006-3, NovaStar Mortgage Funding Trust, Series 2006-4,
                          NovaStar Mortgage Funding Trust, Series 2006-5,
                          NovaStar Mortgage Funding Trust, Series 2006-6,
                          NovaStar Mortgage Funding Trust, Series 2007-1,
                          NovaStar Mortgage Funding Trust, Series 2007-2,
                          NovaStar Mortgage Funding Corporation, Scott F.
                          Hartman, Gregory S. Metz, W. Lance Anderson, and Mark
                          A. Herpich

## DECLARATION OF SERVICE

I, Daniel P. Jaffe, certify that on this 17th day of July, 2008, I served on the below listed attorneys a copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** by instructing my secretary/assistant to mail a copy to each of them by First Class U.S. mail, postage prepaid:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman**
 **& Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038 (Mail)
*Counsel for Plaintiffs and the Proposed Class*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017 (NEF)
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

Floyd Abrams, Susan Buckley, Adam
Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005 (Mail)
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169 (NEF)
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008.

_____
Daniel P. Jaffe

3

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

    -against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
-----------------------------------------------------------------X

Civil Action No. 08 cv 5310 (DAB)
ECF Case

**DECLARATION OF
DANIEL P. JAFFE
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

I, DANIEL P. JAFFE, declare as follows:

1. I am Of Counsel at Husch Blackwell Sanders LLP, counsel in the above captioned case for defendants NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, and the following six NovaStar Mortgage Funding Trusts as listed above in the caption of this case and identified as Series 2006-3, 2006-4, 2006-5, 2006-6, 2007-1 and 2007-2 (hereinafter "the NovaStar Defendants"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the NovaStar Defendants' motion to admit **Michael Thompson** as counsel pro hac vice to represent the NovaStar Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law before this bar on March 21, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

1

3.      I have been professionally associated with **Michael Thompson** since February 29, 2008.

4.      **Michael Thompson** is a Partner at Husch Blackwell Sanders LLP in Kansas City, Missouri.

5.      In the course of my working with **Michael Thompson** I have found **Michael Thompson** to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6.      Accordingly, I move the admission pro hac vice of **Michael Thompson,** and respectfully submit a proposed order granting the admission pro hac vice of **Michael Thompson**, which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit **Michael Thompson** pro hac vice to represent the NovaStar Defendants in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008 in Clayton (St. Louis County), Missouri.

                                              */s/ Daniel P. Jaffe*
                                        Daniel P. Jaffe (DJ3217)
                                        Husch Blackwell Sanders LLP
                                        190 Carondelet Plaza, Suite 600
                                        St. Louis, MO 63105-3441
                                        Telephone: 314-480-1500
                                        Facsimile: 314-480-1505
                                        dan.jaffe@huschblackwell.com

                                        New York Office of
                                        Daniel P. Jaffe:
                                            120 Lee Road
                                            Scarsdale, New York 10583
                                        Telephone and Facsimile:
                                        914-723-5102

## DECLARATION OF SERVICE

I, Daniel P. Jaffe, certify that on this 17th day of July, 2008, I served on the below listed attorneys a copy of the foregoing **Declaration of Daniel P. Jaffe in Support of Motion to Admit Counsel Pro Hac Vice** by instructing my secretary/assistant to mail a copy to each of them by First Class U.S. mail, postage prepaid:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman
 & Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
*Counsel for Plaintiffs and the Proposed Class*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

Floyd Abrams, Susan Buckley, Adam Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008.

_____
Daniel P. Jaffe

3

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

  -against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 cv 5310 (DAB)
ECF Case

**ORDER FOR ADMISSION**
**PRO HAC VICE**
**ON WRITTEN MOTION**

Upon the motion of Daniel P. Jaffe, attorney for defendants NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, and the following six NovaStar Mortgage Funding Trusts as listed above in the caption of this case and identified as Series 2006-3, 2006-4, 2006-5, 2006-6, 2007-1 and 2007-2 (hereinafter "the NovaStar Defendants") and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:  MICHAEL THOMPSON

        Firm Name:  Husch Blackwell Sanders LLP

1

Address:  4801 Main Street, Suite 1000

City/State/Zip:  Kansas City, Missouri 64112

Telephone/Fax: (816) 983-8000/(816) 983-8080

Email Address:  michael.thompson@huschblackwell.com

is admitted to practice pro hac vice as counsel for the NovaStar Defendants in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys.  This case is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

                                                        _____
                                                       United States District/Magistrate Judge

*The Supreme Court of Missouri*

*Certificate of Admission as an Attorney at Law*

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 4, 1971,

*Michael J. Thompson*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 30th. day of June, 2008.

_____
Clerk of the Supreme Court of Missouri