UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

              Plaintiffs,

  -against-                              Civil Action No. 08 cv 5310 (DAB)
                                            ECF Case

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,   **MOTION TO ADMIT COUNSEL**
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,   **PRO HAC VICE**
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

              Defendants.
------------------------------------------------------------------X

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Daniel P. Jaffe, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

      Applicant's Name: MARTIN M. LORING
      Firm Name: Husch Blackwell Sanders LLP
      Address: 4801 Main Street, Suite 1000
      City/State/Zip: Kansas City, Missouri 64112
      Phone Number: (816) 983-8000
      Fax Number: (816) 983-8080

1

MARTIN M. LORING is a member in good standing of the Bars of the States of Kansas and Missouri. There are no pending disciplinary proceedings against MARTIN M. LORING in any State or Federal court.

Dated: Clayton (St. Louis County), Missouri
July 17, 2008

*/s/ Daniel P. Jaffe*
Daniel P. Jaffe (DJ3217)
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Facsimile: 314-480-1505
dan.jaffe@huschblackwell.com

New York Office of
Daniel P. Jaffe:
  120 Lee Road
  Scarsdale, New York 10583
Telephone and Facsimile:
  914-723-5102

Attorneys for NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, and Mark A. Herpich

## DECLARATION OF SERVICE

I, Daniel P. Jaffe, certify that on this 17th day of July, 2008, I served on the below listed attorneys a copy of the foregoing **Motion to Admit Counsel Pro Hac Vice** by instructing my secretary/assistant to mail a copy to each of them by First Class U.S. mail, postage prepaid:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman**
 **& Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
*Counsel for Plaintiffs and the Proposed Class*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

Floyd Abrams, Susan Buckley, Adam Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008.

*/s/ Daniel P. Jaffe*
Daniel P. Jaffe

3

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

    -against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 cv 5310 (DAB)
ECF Case

**DECLARATION OF
DANIEL P. JAFFE
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE**

I, DANIEL P. JAFFE, declare as follows:

1.    I am Of Counsel at Husch Blackwell Sanders LLP, counsel in the above captioned case for defendants NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, and the following six NovaStar Mortgage Funding Trusts as listed above in the caption of this case and identified as Series 2006-3, 2006-4, 2006-5, 2006-6, 2007-1 and 2007-2 (hereinafter "the NovaStar Defendants"). I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the NovaStar Defendants' motion to admit **Martin M. Loring** as counsel pro hac vice to represent the NovaStar Defendants in this matter.

2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law before this bar on March 21, 2007. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

1

3. I have been professionally associated with **Martin M. Loring** since February 29, 2008.

4. **Martin M. Loring** is a Partner at Husch Blackwell Sanders LLP in Kansas City, Missouri.

5. To the best of my information and belief, I have found **Martin M. Loring** to be a skilled attorney and a person of integrity. He is experienced in Federal Practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I move the admission pro hac vice of **Martin M. Loring,** and respectfully submit a proposed order granting the admission pro hac vice of respectfully submit a proposed order granting the admission pro hac vice of **Martin M. Loring** which is attached hereto.

WHEREFORE, it is respectfully requested that the motion to admit **Martin M. Loring** pro hac vice to represent the NovaStar Defendants in the above captioned matter, be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008 in Clayton (St. Louis County), Missouri.

Respectfully submitted,

*[signature]*

Daniel P. Jaffe (DJ3217)
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: 314-480-1500
Facsimile: 314-480-1505
dan.jaffe@huschblackwell.com

New York Office of
Daniel P. Jaffe:
  120 Lee Road
  Scarsdale, New York 10583
  Telephone and Facsimile:
  914-723-5102

## DECLARATION OF SERVICE

I, Daniel P. Jaffe, certify that on this 17th day of July, 2008, I served on the below listed attorneys a copy of the foregoing **Declaration of Daniel P. Jaffe in Support of Motion to Admit Counsel Pro Hac Vice** by instructing my secretary/assistant to mail a copy to each of them by First Class U.S. mail, postage prepaid:

Samuel P. Sporn, Joel P. Laitman,
Christopher Lometti, Jay P. Saltzman,
Frank R. Schirripa, Daniel B. Rehns
**Schoengold Sporn Laitman**
 **& Lometti, P.C.**
19 Fulton Street, Suite 406
New York, New York 10038
*Counsel for Plaintiffs and the Proposed Class*

Thomas C. Rice
James G. Gamble
**Simpson Thacher & Bartlett LLP**
425 Lexington Avenue
New York, NY 10017
*Attorneys for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc.*

Floyd Abrams, Susan Buckley, Adam Zurofsky, Tammy L. Roy
**Cahill Gordon & Reindel LLP**
80 Pine Street
New York, New York 10005
*Attorneys for Defendant The McGraw-Hill Companies, Inc.*

James J. Coster
Joshua M. Rubins
**Satterlee Stephens Burke & Burke LLP**
230 Park Avenue, 11th Floor
New York, NY 10169
*Attorneys for Defendant Moody's Investors Service, Inc.*

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of July, 2008.

_____
Daniel P. Jaffe

3

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                 Plaintiffs,

  -against-                                       Civil Action No. 08 cv 5310 (DAB)
                                                       ECF Case

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,       **ORDER FOR ADMISSION**
NovaStar Mortgage Funding Trust, Series 2006-5,       **PRO HAC VICE**
NovaStar Mortgage Funding Trust, Series 2006-6,       **ON WRITTEN MOTION**
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                 Defendants.
-----------------------------------------------------------------X

Upon the motion of Daniel P. Jaffe, attorney for defendants NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, and the following six NovaStar Mortgage Funding Trusts as listed above in the caption of this case and identified as Series 2006-3, 2006-4, 2006-5, 2006-6, 2007-1 and 2007-2 (hereinafter "the NovaStar Defendants") and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name: MARTIN M. LORING

        Firm Name: Husch Blackwell Sanders LLP

1

Address: 4801 Main Street, Suite 1000

City/State/Zip: Kansas City, Missouri 64112

Telephone/Fax: (816) 983-8000/(816) 983-8080

Email Address: martin.loring@huschblackwell.com

is admitted to practice pro hac vice as counsel for the NovaStar Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. This case is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

_____
United States District/Magistrate Judge

*The Supreme Court of Missouri*

## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 19, 1981,

*Martin McCormick Loring*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 30th. day of June, 2008.

Clerk of the Supreme Court of Missouri

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on ___September 27, 2002___,

## MARTIN MC CORMICK LORING

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this __9th__ day of __July__, __2008__.

*Carol G. Green*
*Clerk of the Supreme Court of Kansas*