UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                Plaintiffs,

  -against-

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc., The McGraw-Hill Companies, Inc.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 08 cv 5310 (DAB)
ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Daniel P. Jaffe, attorney for defendants NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, and the following six NovaStar Mortgage Funding Trusts as listed above in the caption of this case and identified as Series 2006-3, 2006-4, 2006-5, 2006-6, 2007-1 and 2007-2 (hereinafter "the NovaStar Defendants") and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

    Applicant's Name: MICHAEL THOMPSON

    Firm Name: Husch Blackwell Sanders LLP

1

Address: 4801 Main Street, Suite 1000

City/State/Zip: Kansas City, Missouri 64112

Telephone/Fax: (816) 983-8000/(816) 983-8080

Email Address: michael.thompson@huschblackwell.com

is admitted to practice pro hac vice as counsel for the NovaStar Defendants in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. This case is assigned to the Electronic Case Filing (ECF) system, and counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: July 22, 2008
New York, New York

_Deborah A. Batts_
United States District/Magistrate Judge

2