AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,

**APPEARANCE**

        Plaintiff,

Docket No. 08-CV-5310 (DAB)

— vs. —

NovaStar Mortgage Funding Trust, Series 2006-3, et. al.

**To the Clerk of this court and all parties of record:**

Enter my appearance as Attorney To Be Noticed in this case for:

**Lead Plaintiff, New Jersey Carpenters Health Fund**

I certify that I am admitted to practice in this court.

**July 29, 2008**
Date

Signature

**Christopher Lometti**     **CL-9124**
Print Name                          Bar No.

**Schoengold Sporn Laitman & Lometti, P.C.**
Firm

**19 Fulton Street, Suite 406**
Address

**New York**     **NY**     **10038**
City                State          Zip Code

**(212) 964-0046**     **(212) 687-8137**
Phone No.                       Fax. No.