AO 458 (Rev. 10/95) Appearance

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

New Jersey Carpenters Health Fund, On Behalf
of Itself and All Others Similarly Situated,

— against —

**APPEARANCE**

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott.
F. Hartman, Gregory S. Metz, W. Lance
Anderson, Mark A. Herpich, The Royal Bank of
Scotland Group, plc, Greenwich Capital Holdings,
Inc., Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC
Deutsche Bank Securities, Inc., Moody's Investors
Service, Inc.; and The McGraw-Hill Companies, Inc.,

Case No.: 08-CV-5310

To the Clerk of this court and all parties of record:

Enter my appearance as Lead Attorney and Attorney To Be Noticed in this case for:

**Plaintiff, New Jersey Carpenters Vacation Fund**

I certify that I am admitted to practice in this court.

June 13, 2008
Date

Signature

Daniel B. Rehns   DR-5506
Print Name   Bar No.

Schoengold Sporn Laitman & Lometti, P.C.
Firm

19 Fulton Street, Suite 406
Address

New York   NY   10038
City   State   Zip Code

(212) 964-0046   (212) 687-8137
Phone No.   Fax. No.