UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated<br><br>　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Securities, LLC, Deutsche Bank Securities, Inc., Moody's Investors Service, Inc., and The McGraw-Hill Companies, Inc.,<br><br>　　　　　　　　Defendants. | Civil Action No. 08-cv-5310 (DAB) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Christopher J. Lucht, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., and Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Capital Markets, LLC, sued herein as Wachovia Securities, LLC, and Deutsche Bank Securities, Inc., in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated: August 13, 2008				Respectfully submitted,

/s/ Christopher J. Lucht
Christopher J. Lucht
clucht@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)
*Counsel for Defendants The Royal Bank of Scotland Group, plc, Greenwich Capital Holdings, Inc., and Greenwich Capital Markets, Inc. d/b/a RBS Greenwich Capital, Wachovia Capital Markets, LLC, sued herein as Wachovia Securities, LLC, and Deutsche Bank Securities, Inc.*