UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
New Jersey Carpenters Health Fund, On Behalf of
Itself and All Others Similarly Situated,

                         Plaintiffs,

  -against-                                      Civil Action No. 08 CIV 5310 (PKC)

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,     **NOTICE OF APPEARANCE**
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,
Greenwich Capital Markets, Inc. d/b/a RBS
Greenwich Capital, Wachovia Securities, LLC,
Deutsche Bank Securities, Inc., Moody's
Investors Service, Inc., The McGraw-Hill
Companies, Inc.,

                        Defendants.
----------------------------------------------------------------X

       To the Clerk of this Court and all parties of record:

       Please enter my appearance as counsel in this case for Defendants NovaStar Mortgage Funding Trust, Series 2006-3, NovaStar Mortgage Funding Trust, Series 2006-4, NovaStar Mortgage Funding Trust, Series 2006-5, NovaStar Mortgage Funding Trust, Series 2006-6, NovaStar Mortgage Funding Trust, Series 2007-1, NovaStar Mortgage Funding Trust, Series 2007-2, NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, and Mark A. Herpich.

       I certify that I am admitted pro hac vice to practice in this court.

Dated:  August 14, 2008

Respectfully submitted,

_/s/ Martin M. Loring_____
Martin M. Loring                    MO #29712
Husch Blackwell Sanders LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone:  816-983-8000
Facsimile:  816-983-8080
E-mail:  martin.loring@huschblackwell.com

Attorneys for Defendants NovaStar Mortgage
Funding Trust, Series 2006-3, NovaStar Mortgage
Funding Trust, Series 2006-4, NovaStar Mortgage
Funding Trust, Series 2006-5, NovaStar Mortgage
Funding Trust, Series 2006-6, NovaStar Mortgage
Funding Trust, Series 2007-1, NovaStar Mortgage
Funding Trust, Series 2007-2, NovaStar Mortgage
Funding Corporation, Scott F. Hartman, Gregory S.
Metz, W. Lance Anderson, and Mark A. Herpich