IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
New Jersey Carpenters Health Fund, On Behalf of  :
Itself and All Others Similarly Situated
                                                                 :
                      Plaintiffs,                   Civil Action No. 1:08-cv-05310
                                                                 :
        -against-
                                                                  :

NovaStar Mortgage Funding Trust, Series 2006-3,
NovaStar Mortgage Funding Trust, Series 2006-4,  :
NovaStar Mortgage Funding Trust, Series 2006-5,
NovaStar Mortgage Funding Trust, Series 2006-6,  :
NovaStar Mortgage Funding Trust, Series 2007-1,
NovaStar Mortgage Funding Trust, Series 2007-2,  :
NovaStar Mortgage Funding Corporation, Scott F.
Hartman, Gregory S. Metz, W. Lance Anderson,   :
Mark A. Herpich, The Royal Bank of Scotland
Group, plc, Greenwich Capital Holdings, Inc.,      :
Greenwich Capital Markets, Inc. d/b/a RBS Green-
wich Capital, Wachovia Securities, LLC, Deutsche :
Bank Securities, Inc., Moody's Investors Service,
Inc., and The McGraw-Hill Companies, Inc.,        :

                                   Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF ENTRY OF APPEARANCE**

       PLEASE TAKE NOTICE that S. Penny Windle of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for The McGraw-Hill Companies, Inc. in the above-captioned proceeding. I certify that I am admitted to practice in this court.

Dated:  August 18, 2008                     Respectfully submitted,

                                                 /s/ S. Penny Windle
                                               S. Penny Windle
                                               CAHILL GORDON & REINDEL LLP
                                               80 Pine Street
                                               New York, New York 10005
                                               Telephone:  212-701-3000
                                               Facsimile:  212-269-5420