**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| New Jersey Carpenters Health Fund, On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>-against-<br><br>NovaStar Mortgage, Inc., NovaStar Mortgage Funding Corporation, Scott F. Hartman, Gregory S. Metz, W. Lance Anderson, Mark A. Herpich, RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., Deutsche Bank Securities, Inc., Wells Fargo Advisors, LLC f/k/a Wachovia Securities, LLC, Moody's Investors Service, Inc., and The McGraw-Hill Companies, Inc.,<br><br>    Defendants. | Civil Action No. 08-cv-5310 (DAB)<br><br>ECF Case |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jason R. Meltzer, a member of this Court in good standing, respectfully enters his appearance as counsel for defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc., Deutsche Bank Securities, Inc., and Wells Fargo Securities, LLC f/k/a Wachovia Capital Markets, LLC, sued herein as Wells Fargo Advisors LLC f/k/a Wachovia Securities, LLC, in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendants.

Dated: April 22, 2010                                Respectfully submitted,

/s/ Jason R. Meltzer
Jason R. Meltzer
jmeltzer@stblaw.com

**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
Telephone: 212-455-2000
Facsimile: 212-455-2502

*Counsel for Defendants RBS Securities Inc. f/k/a Greenwich Capital Markets, Inc., Deutsche Bank Securities, Inc., and Wells Fargo Securities, LLC f/k/a Wachovia Capital Markets, LLC, sued herein as Wells Fargo Advisors LLC f/k/a Wachovia Securities, LLC*