UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., NOVASTAR MORTGAGE FUNDING CORPORATION, SCOTT F. HARTMAN, GREGORY S. METZ, W. LANCE ANDERSON, MARK HERPICH, RBS SECURITIES, INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, DEUTSCHE BANK SECURITIES, INC., WELLS FARGO ADVISORS, LLC f/k/a WACHOVIA SECURITIES LLC, MOODY'S INVESTORS SERVICES, INC. and THE MCGRAW-HILL COMPANIES, INC.,<br><br>Defendants. | Case No.: 08-CV-5310 (DAB)<br><br>**ECF CASE**<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that New Jersey Carpenters Health Fund, Lead Plaintiff in the above-captioned case, on behalf of itself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Second Circuit from: (a) Order and Memorandum dismissing plaintiff's amended complaint with leave to amend (docket entry #116, entered on March 31, 2011) and (b) Order and Memorandum dismissing with prejudice plaintiff's Second Amended Complaint (docket entry #135, entered on March 29, 2012) and (c) the Judgment (docket entry #136, entered on March 29, 2012).

Dated: New York, New York
       April 25, 2012

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: /s/Michael B. Eisenkraft
Joel P. Laitman (JL-8177)
Christopher Lometti (CL-9124)
Richard A. Speirs (RS-8872)
Michael B. Eisenkraft (ME -6974)
Daniel B. Rehns (DR-5506)
Kenneth M. Rehns (KR-9822)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
*jlaitman@cohenmilstein.com*
*clometti@cohenmilstain.com*
*rspeirs@cohenmilstein.com*
*meisenkraft@cohenmilstein.com*
*drehns@cohenmilstein.com*
*krehns@cohenmilstein.com*

S. Douglas Bunch
1100 New York Avenue, NW, Suite 500 West
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
*dbunch@cohenmilstein.com*

*Counsel for Lead Plaintiff and the Proposed Class*