UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and All Others Similarly Situated,*<br><br>Plaintiff,<br><br>v.<br><br>NOVASTAR MORTGAGE, INC., NOVASTAR MORTGAGE FUNDING CORPORATION, SCOTT F. HARTMAN, GREGORY S. METZ, W. LANCE ANDERSON, MARK HERPICH, RBS SECURITIES, INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, DEUTSCHE BANK SECURITIES, INC. and WELLS FARGO ADVISORS, LLC f/k/a WACHOVIA SECURITIES LLC,<br><br>Defendants. | Case No.: 08-CV-5310 (DAB)<br><br>FILED UNDER SEAL<br><br>ECF CASE |

## **DECLARATION OF MICHAEL B. EISENKRAFT, ESQ.**

I, Michael B. Eisenkraft, an attorney duly admitted to practice law before the courts of the State of New York and this Court, declare, under the penalty of perjury, as follows:

1. I am a Partner with the law firm of Cohen Milstein Sellers & Toll PLLC ("CMST"), attorneys for Court Appointed Lead Plaintiff New Jersey Carpenters Health Fund, ("Carpenters Health Fund" or "Lead Plaintiff") and the Proposed Class in this action. I respectfully submit this declaration in support of New Jersey Carpenters Health Fund's motion, pursuant to Fed. R. Civ. P. 23, to certify a class. I am familiar with the facts and circumstances stated herein, based on personal knowledge, the attached documents or review of the files maintained by my firm.

1

2. Attached hereto as Exhibit 1 █████████████████████████

█████████████████████████

3. Attached hereto as Exhibit 2 █████████████████████████

█████████████████████████████████████.

4. Attached hereto as Exhibit 3 █████████████████████████

█████████████████

5. Attached hereto as Exhibit 4 █████████████████████████

█████████████████

6. Attached hereto as Exhibit 5 █████████████████████████

█████████████████

7. Attached hereto as Exhibit 6 █████████████████████████

█████████████████

8. Attached hereto as Exhibit 7 █████████████████████████

█████████████████

9. Attached hereto as Exhibit 8 █████████████████████████

█████████████████████████████

10. Attached hereto as Exhibit 9 is a true and correct copy of the Certification of Iowa Public Employees' Retirement System, dated June 12, 2015.

11. Attached hereto as Exhibit 10 is a true and correct copy of the firm resume of Cohen Milstein Sellers & Toll PLLC.

Dated: New York, New York
       June 16, 2015

/s/ Michael Eisenkraft
_____
Michael B. Eisenkraft

2

2010430.1

## CERTIFICATE OF SERVICE

    I, Michael B. Eisenkraft, hereby certify that on June 16, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Southern District of New York through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document(s) upon confirmation of e-filing.

                                             /s/ Michael B. Eisenkraft
                                                 Michael B. Eisenkraft

2010430.1