**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and all Others Similarly Situated*,<br><br>            Plaintiff ,<br><br>            v.<br><br>NOVASTAR MORTGAGE, INC., NOVASTAR MORTGAGE FUNDING CORPORATION, SCOTT F. HARTMAN, GREGORY S. METZ, W. LANCE ANDERSON, MARK HERPICH, RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, DEUTSCHE BANK SECURITIES INC., WELLS FARGO ADVISORS, LLC f/k/a WACHOVIA SECURITIES LLC,<br><br>            Defendants. | Case No. 08-cv-5310 (DAB)<br><br>ECF Case |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF THE SETTLEMENT; (II) CERTIFICATION OF A SETTLEMENT CLASS; (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS; AND (IV) SCHEDULING OF FINAL APPROVAL HEARING**

PLEASE TAKE NOTICE that Plaintiffs New Jersey Carpenters Health Fund and Iowa Public Employees' Retirement System, on behalf of themselves and each of the Settlement Class Members, move this Court before the Honorable Deborah A. Batts for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure (i) preliminarily approving the proposed Settlement; (ii) certifying the Settlement Class for the purposes of settlement; (iii) approving the form and manner of notice to Settlement Class Members; and (iv) scheduling a final approval hearing on the Settlement and dismissal of the Action with prejudice upon the terms and conditions set forth in the Settlement, and on Lead Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Dated: March 15, 2017                    Respectfully submitted,

                                            **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                            */s/ Joel P. Laitman*
                                            Joel P. Laitman (JL-8177)
                                            Christopher Lometti (CL-9124)
                                            Michael B. Eisenkraft (ME-6974)
                                            Robert Dumas
                                            88 Pine Street, 14th Floor
                                            New York, NY 10005
                                            Telephone: (212) 838-7797

                                            Steven J. Toll (*pro hac vice*)
                                            Times Wang (*pro hac vice*)
                                            1100 New York Avenue, N.W.
                                            West Tower, Ste. 500
                                            Washington, DC 20005
                                            Telephone: (202) 408-4600

                                            *Counsel for Plaintiffs and the Class*