UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW JERSEY CARPENTERS HEALTH FUND, *on Behalf of Itself and all Others Similarly Situated*,<br><br>Plaintiff ,<br><br>*v.*<br><br>NOVASTAR MORTGAGE, INC., NOVASTAR MORTGAGE FUNDING CORPORATION, SCOTT F. HARTMAN, GREGORY S. METZ, W. LANCE ANDERSON, MARK HERPICH, RBS SECURITIES INC. f/k/a GREENWICH CAPITAL MARKETS, INC., d/b/a RBS GREENWICH CAPITAL, DEUTSCHE BANK SECURITIES INC., WELLS FARGO ADVISORS, LLC f/k/a WACHOVIA SECURITIES LLC,<br><br>Defendants. | Case No. 08-cv-5310 (DAB)<br><br>ECF Case |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND OF THE PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that on September 13, 2017 at 2:30 p.m. in Courtroom 24B at the United States Southern District Courthouse, located at 500 Pearl Street, New York, New York 10007, Plaintiffs will and hereby do move the Court, the Honorable Deborah A. Batts, for an order granting Plaintiffs' Unopposed Motion for Final Approval of Settlement and Plan of Allocation.

This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying Declaration of Joel P. Laitman in support of the motion, the exhibits attached

2268713.1

thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

**Dated**:  August 16, 2017                              Respectfully submitted,

                                                      **COHEN MILSTEIN SELLERS & TOLL PLLC**

                                                      By:  */s/ Joel P. Laitman*
                                                             Joel P. Laitman (JL-8177)
                                                              Christopher Lometti (CL-9124)
                                                              Michael Eisenkraft (ME-6974)
                                                88 Pine Street
                                                14th Floor
                                                New York, NY 10005
                                                Telephone: (212) 838-7797
                                                Facsimile: (212) 838-7745

                                                Steven J. Toll (*pro hac vice*)
                                                Times Wang (*pro hac vice*)
                                                1100 New York Avenue NW, Suite 500
                                                Washington, D.C. 20005
                                                Telephone: (202) 408-4600
                                                Facsimile: (202) 408-4699

                                                ***Counsel for Plaintiffs and the Class***

2268713.1

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing motion and its supporting documents were served upon Defendants' attorneys of record through the Court's ECF system on August 16, 2017.

                                                        */s/Joel P. Laitman*
                                                           Joel P. Laitman