```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NEW JERSEY CARPENTERS HEALTH FUND, on
behalf of itself and all others similarly
situated,

                Plaintiff,
                                              08-CV-5310 (DAB)
     v.                                       ORDER

ROYAL BANK OF SCOTLAND GROUP, PLC, et al.,

                Defendants.
----------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

Objectors brought, on September 12, 2017, an Order to Show Cause seeking relief pursuant to 12 U.S.C. § 4617(b)(10)(B) for a 45-day stay of the final approval of the class action settlement in the above-captioned case, which was scheduled for September 13, 2017 at 2:30 PM. The Objectors had filed their objection in this case and the Order to Show Cause did not introduce any additional substantive arguments supporting their objection. Objectors were not in reality objecting to the substance of the settlement, but instead were seeking a second bite of the apple to opt out of the class. Objectors had ignored the deadlines set by the Court for opting out of the class and were seeking, by the extraordinary remedy of the stay pursuant to 12 U.S.C. § 4617(b)(10)(B), to reset the clock to attempt to revive the time period to opt out. The Court heard the Parties on this matter, having reviewed Objectors' papers, and heard the

Plaintiffs' and Defendants' responses. The transcript of the proceedings is fully incorporated herein.

The Court denied the Objectors' motion pursuant to 12 U.S.C. § 4617(b)(10)(B). The Court additionally adjourned the final settlement hearing for one week until September 20, 2017 at 2:30 PM.

SO ORDERED.

Dated: New York, New York
September 14, 2017

_____
Deborah A. Batts
United States District Judge