# COHEN MILSTEIN

Joel P. Laitman
(212) 750-7581
jlaitman@cohenmilstein.com

March 13, 2019

**VIA ECF**

The Honorable Deborah A. Batts
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

    Re:    *New Jersey Carpenters Health Fund v. The Royal Bank of Scotland Group, et al.,* No. 08-cv-5310

Dear Judge Batts:

The Parties are in receipt of the Federal Housing Finance Agency's ("FHFA") letter of today, March 13, 2019, ECF 322.

First, to be clear, the parties wish to emphasize that our [Proposed] Order and Final Judgment, ECF 321, filed with the Court on March 12, 2019 is only meant ***to supplement*** the Court's Order of March 8, 2019 and is in no way intended to "replace" it. To underscore that point we have retitled it the "[Proposed] Supplemental Order and Final Judgment" ("Supplemental Proposed Order").

Second, the parties have no issues with the language proposed by the FHFA and have thus, for the convenience of the Court, incorporated it verbatim into the attached Supplemental Proposed Order at paragraph 8.

        Respectfully submitted,

        */s/ Joel P. Laitman*
        Joel P. Laitman
        *Counsel for Plaintiffs and the Class*

        */s/ Alan C. Turner*
        Alan C. Turner
        *Counsel for the Underwriter Defendants*

COHENMILSTEIN

The Honorable Deborah A. Batts
March 13, 2019
Page 2

                                                  */s/ William F. Alderman*
                                                  William F. Alderman
                                                  *Counsel for the NovaStar Defendants and the*
                                                  *Individual Defendants*

JPL/tag
Attachment

cc:    Counsel of record (via ECF)

2477164 v1